| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>White, Jeffrey S. | 2. Court or Organization<br><br>U.S. District, Northern Calif | 3. Date of Report<br><br>05/02/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court, Northern District of Calif.
1301 Clay Street
Oakland, CA 94612

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan - Dec | Orrick Herrington Defined Benefit Plan | $23,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ISHARES MSCI Eafe Index Fund | A | Dividend | K | T | | | | | |
| 2. ISHARES DJ US Basic Materials | A | Dividend | | | Sold | 12/16/15 | K | D | |
| 3. ISHARES US Consumer Noncyclic | B | Dividend | L | T | Sold (part) | 05/05/15 | K | E | |
| 4. | | | | | Sold (part) | 09/11/15 | J | D | |
| 5. ISHARES US Consumer Cyclic | A | Dividend | K | T | Sold (part) | 05/05/15 | K | C | |
| 6. | | | | | Sold (part) | 07/30/15 | J | D | |
| 7. ISHARES DJ US Energy Sector | C | Dividend | L | T | | | | | |
| 8. ISHARES DJ US Financial Sector | A | Dividend | | | Sold | 09/02/15 | L | | |
| 9. ISHARES DJ US Healthcare Sector | B | Dividend | L | T | Sold (part) | 05/04/15 | J | C | |
| 10. | | | | | Sold (part) | 05/05/15 | L | E | |
| 11. ISHARES DJ US Telecommunications | A | Dividend | | | Sold | 09/02/15 | L | D | |
| 12. ISHARES DJ US Utilities Sector | A | Dividend | | | Sold | 06/09/15 | K | E | |
| 13. Consumer Discrectionary Sector SPDR | B | Dividend | L | T | Sold (part) | 06/24/15 | J | C | |
| 14. | | | | | Sold (part) | 09/14/15 | J | C | |
| 15. | | | | | Sold (part) | 12/17/15 | J | C | |
| 16. Consumer Staples Select Sector SPDR Trust | C | Dividend | M | T | Sold (part) | 06/24/15 | J | C | |
| 17. | | | | | Sold (part) | 09/14/15 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/17/15 | J | C | |
| 19. Financial Select Sector SPDR | B | Dividend | L | T | Sold (part) | 12/17/15 | J | | |
| 20. Health Care Select Sector SPDR | B | Dividend | M | T | Sold (part) | 06/24/15 | J | D | |
| 21. | | | | | Sold (part) | 09/14/15 | J | C | |
| 22. | | | | | Sold (part) | 12/17/15 | J | B | |
| 23. Industrial Select Sector SPDR | B | Dividend | L | T | Sold (part) | 06/24/15 | J | C | |
| 24. | | | | | Sold (part) | 07/09/15 | K | E | |
| 25. Legg Mason Clearbridge Diversified Large Cap Growth Fund | A | Dividend | | | Sold | 03/05/15 | J | C | |
| 26. Oppenheimer Intl Diverisfied Fund Class A | A | Dividend | | | Sold | 03/05/15 | K | D | |
| 27. Oppenheimer Main Street Oppo. Fund Class A | A | Dividend | | | Sold | 03/05/15 | K | D | |
| 28. Oppenheimer Main Street Small Cap Fund Class A | A | Dividend | | | Sold | 03/15/15 | K | C | |
| 29. Oppenheimer Equity Fund Class A | A | Dividend | | | Sold | 03/05/15 | K | C | |
| 30. SPDR Homebuilders ETF | A | Dividend | K | T | | | | | |
| 31. iShares Dow Jones U.S. Real Estate Index | A | Dividend | | | Sold | 09/02/15 | J | | |
| 32. Guggenheim BRIC ETF | A | Dividend | | | Sold | 09/11/15 | J | | |
| 33. Provident Credit Union | A | Interest | J | T | | | | | |
| 34. Orrick Investments 2000 LLC | A | Int./Div. | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pollock Montgomery Washington Tower Investors II Partnership | A | Int./Div. | J | U | | | | | |
| 36. Lincoln Financial Annuity - Lincoln VIP Moderate Profile | | None | | | Closed | 07/06/15 | M | | |
| 37. Lincoln Financial Annuity - Lincoln Choice Plus | | None | | | Closed | 07/06/15 | O | | |
| 38. Nationwide Life Destination B (2.0) #1 | | None | N | T | Open | 07/06/15 | O | | |
| 39. Nationwide Life Destination B (2.0) # 2 | | None | M | T | Open | 07/06/15 | M | | |
| 40. Pollock 2007-2008 Independent Investors, LLC | B | Int./Div. | J | U | | | | | |
| 41. Pollock 2006 Properties Preference Return, LLC | B | Int./Div. | | | Distributed | 12/31/15 | M | E | |
| 42. Schwab US Treasury Fund Sweep | A | Interest | | | Closed | 06/09/15 | J | | |
| 43. California St CA GO 2% | A | Interest | | | Matured | 04/01/15 | K | | |
| 44. Pebblebrook Hotel 8% Preferred | A | Dividend | J | T | | | | | |
| 45. JPMorgan 7.9% Preferred | A | Dividend | J | T | | | | | |
| 46. NuStar Logistics 7.625% Preferred Notes | A | Interest | J | T | | | | | |
| 47. Summit Hotel 9.25% Perf - inn+a | A | Dividend | J | T | | | | | |
| 48. Zions BanCorp 6.3% Perf - zbtg | A | Dividend | | | Sold | 12/16/15 | J | A | |
| 49. Pollock FRB, LLC | A | Int./Div. | M | U | | | | | |
| 50. Alerian MLP ETF - amlp | B | Dividend | | | Sold (part) | 04/20/15 | J | | |
| 51. | | | | | Sold | 12/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Principal Fin 5.563% PFD - pfgzp | A | Dividend | | | Redeemed | 06/30/15 | K | | |
| 53. Southern Calif Edison Co Pfd - scedn | A | Dividend | | | Redeemed | 09/16/15 | K | | |
| 54. IShares TR IBOXX USD Invt Grade Corp Bd - LQD | A | Dividend | | | Sold | 03/05/15 | K | A | |
| 55. IShares TR MSCI EAFE ETF - EFA | A | Dividend | | | Sold (part) | 03/05/15 | J | | |
| 56. | | | | | Sold | 04/28/15 | K | | |
| 57. IShares TR Core S&P Small Cap - IJR | A | Dividend | | | Sold | 03/05/15 | J | A | |
| 58. Rydex ETF TR Guggenhiem S&P- RSP | A | Dividend | | | Sold (part) | 04/28/15 | J | A | |
| 59. | | | | | Sold | 06/04/15 | J | A | |
| 60. Rydex ETF TR Guggenhiem S&P - RPG | A | Dividend | | | Sold | 04/28/15 | K | B | |
| 61. Morgan Stanley Cash Account | A | Interest | K | T | Open | 06/15/15 | K | | |
| 62. SPDR Euro Stoxx 50ETF (FEZ) | A | Dividend | J | T | Buy | 06/24/15 | J | | |
| 63. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 64. SPDR Trust Series 1 (SPY) | A | Dividend | K | T | Buy | 06/24/15 | K | | |
| 65. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 66. Doubleline Core Fixed Inc I (DBLFX) | A | Dividend | K | T | Buy | 07/09/15 | K | | |
| 67. Oppenheimer Developing Mkts Y (ODVYX) | A | Dividend | J | T | Buy | 07/09/15 | J | | |
| 68. Clearbridge Energy MLP FD Inc (CEM) | A | Dividend | | | Buy | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 70. | | | | | Sold | 12/16/15 | J | | |
| 71. Clearbridge Energy MLP OPP FD (EMO) | A | Dividend | | | Buy | 07/09/15 | J | | |
| 72. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 73. | | | | | Sold | 12/16/15 | J | | |
| 74. | | | | | | | | | |
| 75. Sellers Ave Invesors LLC | A | Int./Div. | K | U | Buy | 12/21/15 | K | | |
| 76. TTLC RIA 2 LLC | D | Int./Div. | M | U | Buy | 12/21/15 | M | | |
| 77. TTLC Talavera, LLC | A | Int./Div. | M | U | Buy | 09/02/15 | M | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. Citigroup IRA # 1 (see note 1) | | | | | | | | | |
| 82. -MFS Total Return Fund A | | | | | Sold | 08/21/15 | J | A | |
| 83. -Legg Mason ClearBridge Fdmtl All CP Value Fund Cl A (Y) | | | | | | | | | |
| 84. -General Elec Cap Corp Medium Term 2.95% Bond | | | | | Sold | 12/04/15 | K | | |
| 85. -Wells Fargo & Co New Medium Term 2.1% Bond (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Citibank Bank Deposit Program | | | | | Closed | 06/09/15 | J | | |
| 87. -Goldman Sachs Group Inc Medium Term NTS 3.7% | | | | | Redeemed | 08/3/15 | K | | |
| 88. -First TR Exchange Traded FD Dow Jones (Y) | | | | | | | | | |
| 89. -Ishares TR Russell Mid-Cap ETF (Y) | | | | | | | | | |
| 90. -Select Sector SPDR TR Financial | | | | | Merged (with line 99) | 06/15/15 | J | | |
| 91. -Vanguard World FDS Vanguard Consumer (Y) | | | | | | | | | |
| 92. -Ishares TR S&P Small-Cap 600 Growth (Y) | | | | | | | | | |
| 93. -Ishares TR US Aerospace (ITA) (Y) | | | | | | | | | |
| 94. -Rydex ETF TR Guggenheim (RPV) (Y) | | | | | | | | | |
| 95. -Rydex ETF TR Guggenheim (RPG) (Y) | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. Morgan Stanley IRA # 1 (formerly listed Charles Schwab IRA Rollover) | G | Int./Div. | P1 | T | | | | | |
| 98. -Bank Deposit Program | | | | | Open | 06/10/15 | M | | |
| 99. -Financial Select Sector SPDR | | | | | | | | | |
| 100. -Industrial Select Sect SPDR | | | | | | | | | |
| 101. -ISHARES FTSE/Xinua China 25 | | | | | | | | | |
| 102. -ISHARES - MSCI Australia Index | | | | | Sold | 09/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -ISHARES - MSCI Canada Index | | | | | Sold | 11/08/15 | J | | |
| 104. -ISHARES - MSCI EAFE Index Fund | | | | | | | | | |
| 105. -ISHARES - MSCI Emerging Markets Index | | | | | | | | | |
| 106. -ISHARES - MSCI Malaysia Index | | | | | | | | | |
| 107. -ISHARES - S&P Europe 350 Index | | | | | Buy (add'l) | 11/18/15 | J | | |
| 108. -ISHARES - S&P Latin America 400 Index | | | | | Sold | 10/01/15 | J | | |
| 109. -ISHARES - Global Industrials | | | | | Sold | 08/21/15 | J | A | |
| 110. -iShares MSCI Turkey Index | | | | | Sold | 03/24/15 | J | | |
| 111. -California St CA GO- Taxable 3.95% | | | | | Redeemed | 11/02/15 | L | | |
| 112. -California St CA GO- Taxable 6.2% | | | | | | | | | |
| 113. -Energy Select Sector SPDR | | | | | | | | | |
| 114. -Metlife Inc 5% Bond | | | | | Redeemed | 06/23/15 | K | | |
| 115. -Petrobras Int Fin Co 3.875% Bond | | | | | Sold | 02/19/15 | K | | |
| 116. -Pitney Bowes Inc 5% Bond | | | | | Matured | 03/15/15 | L | | |
| 117. -Schwab US Treasury Fund Sweep | | | | | Closed | 06/09/15 | K | | |
| 118. -Aegon NV 4.625% Bond | | | | | Redeemed | 12/01/15 | K | | |
| 119. -American Intl Group 5.05% Bond | | | | | Sold | 06/23/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Best Buy Co 3.75% Bond | | | | | Sold | 12/04/15 | K | | |
| 121. -Computer Sciences Corp 6.5% Bond | | | | | | | | | |
| 122. -Deutsche Bank 8.05% Preferred Stock | | | | | | | | | |
| 123. -Hewlett Packard 3% Bond | | | | | Redeemed | 11/09/15 | L | D | |
| 124. -Limited Brands Inc 6.9% Bond | | | | | | | | | |
| 125. -Manulife Financial Corp 3.4% Bond | | | | | Sold | 06/23/15 | K | | |
| 126. -Morgan Stanley 4% Bond | | | | | Sold | 06/19/15 | K | | |
| 127. -Parmaceutical HOLDRs Trust Common Stock | | | | | | | | | |
| 128. -Prudential Financial Inc 6.2% Bond | | | | | Matured | 01/15/15 | K | | |
| 129. -R.R. Donnelley 5.5% Bond | | | | | Matured | 05/15/15 | K | | |
| 130. -Xerox Corporation 4.25% Bond | | | | | Matured | 02/15/15 | K | | |
| 131. -Zions Bancorp 4.5% Bond | | | | | | | | | |
| 132. -Calif State CA Go 5.95% | | | | | | | | | |
| 133. -Citigroup 7.125% Preferred | | | | | | | | | |
| 134. -Hewlett-Packard Co 2.65% Bond | | | | | Redeemed | 11/09/15 | K | | |
| 135. -EcoStar Dish Corp 7.75% Bond | | | | | Matured | 05/31/15 | K | | |
| 136. -Macso Corp 4.8% Bond | | | | | Redeemed | 06/15/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Southwest Airlines Co 5.75% Bond | | | | | Sold | 12/04/15 | K | | |
| 138. -Merrill Lynch & Co (BAC) 6.05% Bond | | | | | | | | | |
| 139. -Whirpool Corp 7.75% Bond | | | | | | | | | |
| 140. -Bank of America Corp 5.42% Bond | | | | | | | | | |
| 141. -Time Warner Inc 5.85% Bond | | | | | | | | | |
| 142. -JP Morgan Chase & Co 2% Bond | | | | | | | | | |
| 143. -Tesoro Corp 4.25% Bond | | | | | Sold | 12/04/15 | L | | |
| 144. -Cleveland Electric 7.880% Bond | | | | | | | | | |
| 145. -Newell Rubbermaid Inc 2.050% Bond | | | | | | | | | |
| 146. -Nasdaq Omx Group 5.25% Bond | | | | | | | | | |
| 147. -AT & T Inc 5.5% Bond | | | | | | | | | |
| 148. -Ford Motor Credit 5% Bond | | | | | | | | | |
| 149. -Owens-Illnois Inc 7.8% Bond | | | | | | | | | |
| 150. -Bank of America Corp 5.49% Bond | | | | | | | | | |
| 151. -Alcoa Inc 5.550% due 2/25/17 | | | | | Sold | 10/05/15 | K | | |
| 152. -Arcelor Mittal 5.25% due 2/25/17 | | | | | | | | | |
| 153. -Chesapeake Energy Corp - 7.250% due 12/15/18 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Diamond Offshore Drill 5.875% due 5/1/19 | | | | | | | | | |
| 155. -Dun & Bradstreet Corp 3.250% due 12/1/17 | | | | | | | | | |
| 156. -General Motors 4.75% due 8/15/14 | | | | | | | | | |
| 157. -Goldman Sachs Group Inc 6.150% Due 4/1/18 | | | | | | | | | |
| 158. -Ingersoll-Rand Co 6.875% due 8/15/18 | | | | | | | | | |
| 159. -PowerShares QQQ NASDAQ 100 Trust | | | | | | | | | |
| 160. -Qwest (Centurylink) 6.5% due 6/1/17 | | | | | | | | | |
| 161. -Starwood Hotes & Resort 6.750% Due 5/15/18 | | | | | | | | | |
| 162. -Sunstone Hotel 8.00% Prep 4/2016 | | | | | Sold | 09/29/15 | J | | |
| 163. -Toll Brothers 4% due 12/31/18 | | | | | | | | | |
| 164. -Legg Mason ClearBridge Fdmtl All CP Value Fund Cl A | | | | | | | | | |
| 165. -Wells Fargo & Co New Medium Term 2.1% Bond | | | | | | | | | |
| 166. -First TR Exchange Traded FD Dow Jones | | | | | | | | | |
| 167. -Ishares TR Russell Mid-Cap ETF | | | | | | | | | |
| 168. -Vanguard World FDS Vanguard Consumer | | | | | | | | | |
| 169. -Ishares TR S&P Small-Cap 600 Growth | | | | | | | | | |
| 170. -Ishares TR US Aerospace (ITA) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Rydex ETF TR Guggenheim (RPV) | | | | | | | | | |
| 172. -Rydex ETF TR Guggenheim (RPG) | | | | | | | | | |
| 173. -Actavis Funding SCS 2.35% | | | | | Buy | 03/12/15 | K | | |
| 174. -Amgen Inc 4.5% | | | | | Buy | 03/26/15 | L | | |
| 175. -Blackrock Global Allocation I | | | | | Buy | 06/23/15 | K | | |
| 176. -Cit Group Inc 5% | | | | | Buy | 03/08/15 | K | | |
| 177. -Clearbridge Energy MLP FD Inc | | | | | Buy | 06/23/15 | J | | |
| 178. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 179. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 180. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 181. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 182. | | | | | Buy | 12/09/15 | J | | |
| 183. -Clearbrdige Energy MLP OPP FD | | | | | Buy | 06/23/15 | J | | |
| 184. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 185. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 186. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 187. | | | | | Buy (add'l) | 10/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/09/15 | J | | |
| 189.  -Cons Discret Sel Sect Spdr Fd | | | | | Buy | 03/24/15 | K | | |
| 190.  -Directv Holdings LLC/Direct T V | | | | | Buy | 02/27/15 | K | | |
| 191.  -Goldman Sachs MLP Energy | | | | | Buy | 06/23/15 | J | | |
| 192. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 193. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 194. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 195. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 196. | | | | | Buy (add'l) | 12/09/15 | J | | |
| 197.  -Healthcare Sel Sec Spdr FD | | | | | Buy | 03/24/15 | J | | |
| 198.  -Invesco Floating Rate Y | | | | | Buy | 06/23/15 | K | | |
| 199.  -Ishares Russell 2000 ETF | | | | | Buy | 06/23/15 | J | | |
| 200.  -National City Corp Sub Note 6.875% | | | | | Buy | 03/03/15 | K | | |
| 201.  -Principal Preferred Sec Inst | | | | | Buy | 11/18/15 | K | | |
| 202. | | | | | Buy (add'l) | 12/04/15 | K | | |
| 203.  -SPDR Trust Series 1 | | | | | Buy | 08/21/15 | K | | |
| 204. | | | | | Buy (add'l) | 08/27/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/28/15 | L | | |
| 206. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 207. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 208. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 209. -Technology Sel Sec SPDR FD | | | | | Buy | 03/24/15 | K | | |
| 210. -Van Eck Emerging Markets A | | | | | Buy | 12/04/15 | K | | |
| 211. -Yum! Brands Inc | | | | | Buy | 06/05/15 | K | | |
| 212. | | | | | | | | | |
| 213. Morgan Stanely IRA # 2 (formerly listed as Citigroup IRA #2) | B | Int./Div. | K | T | | | | | |
| 214. -MFS Total Return Fund A | | | | | | | | | |
| 215. -Legg Mason ClearBridge Fdmtl AL CP Value Fund Cl A | | | | | | | | | |
| 216. -Citibank Bank Deposit Program | | | | | Closed | 06/15/15 | J | | |
| 217. -Alcoa Inc NT 6.75% 7/15/18 | | | | | | | | | |
| 218. -Bank Deposit Program | | | | | Open | 06/15/15 | J | | |
| 219. | | | | | | | | | |
| 220. Morgan Stanley IRA # 3 Fomerly Schwab IRA Account | A | Int./Div. | L | T | | | | | |
| 221. -Guggenheim BRIC ETF | | | | | Sold (part) | 12/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| White, Jeffrey S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Powershares QQQ Nasdaq 100 | | | | | Sold (part) | 12/08/15 | J | | |
| 223. -iShares S&P 500/Barr Growth | | | | | Sold (part) | 12/08/15 | J | | |
| 224. -iShares S&P Global 100 | | | | | Sold (part) | 12/08/15 | J | | |
| 225. -Schwab US Treasury Fund - Sweep | | | | | Closed | 06/15/15 | J | | |
| 226. - Bank Deposit Program | | | | | Open | 06/15/15 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 19

**Name of Person Reporting**

White, Jeffrey S.

**Date of Report**

05/02/2016

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, pages 8 and 9, lines 81 and 97. The assets were transferred to Morgan Stanley during the year from Citi and Charles Schwab. The IRA accounts (Citigroup IRA #1 and Charles Schwab IRA rollover) were consolidated into one IRA account that is reported as Morgan Stanley IRA #1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey S. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544